**SECURITIES & EXCHANGE COMMISSION, Plaintiff,**

**and**

**Johnny Belsome; Timothy Allen; Jody Hinkley; Donald Marcel; Keith Hinkley; Starr Atchison; Edward Thiel; Brett Hunter; Tara Belsome, and those similarly situated, Movants–Appellants,**

**v.**

**REX VENTURE GROUP, LLC, d/b/a Zeekrewards.com; Receiver for Rex Ventures Group, LLC, Defendants–Appellees,**

**and**

**Paul R. Burks; Trudy Gilmond; Kellie King, Defendants,**

**and**

**Nathaniel Woods, Movant.**

**No. 14–1710.**

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 22, 2014.

Decided: Jan. 7, 2015.

Marc R. Michaud, New Orleans, Louisiana, for Appellants. Irving M. Brenner, Kenneth D. Bell, Matthew E. Orso, McGuirewoods, LLP, Charlotte, North Carolina, for Appellees.

Before WILKINSON, MOTZ, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Belsome, et al., appeal from the district court's order clarifying a prior order and directing that any payments made by the Receiver be sent to a claimant's home address rather than any third party, including attorneys. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order the Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*